May it please the court. I'm Isabel Koprovich and I'm here for the law offices of Clay Hernandez I'm sorry. I'm still having trouble hearing you. Okay, is that better a little better a little better? Okay Start over I'm Isabel Koprovich for the law offices of Clay Hernandez. We represent the appellant defendant Jay Gilliland. Okay With leave of the court. I'll reserve three minutes The clock counts down so keep track when it says two that means you have two left. Okay. Thank you Unless the court has questions to start with I'll proceed with my argument Jay Gilliland pled guilty because he was induced to do so from inadequate Information and adequate advice from his counsel He was told that Although he was pleading guilty there was still an avenue by which he could challenge his Fourth Amendment his belief that his Fourth Amendment rights were violated in the the warrant process that was used As soon as he discovered that this wasn't true By pleading guilty that he lost all right to have a federal court hear his Fourth Amendment claims He asked his lawyer to please file. I want to withdraw from my from my plea His lawyer didn't do that his lawyer admitted to the district court that he was asked to do it within three weeks of the of the change of plea and that he didn't do it immediately and That at some point along the way he completely forgot Did he decide that he really wanted to attack the federal case? Is that what it was that what this was all about that? He wanted to he wanted to Challenge make a direct challenge to the validity of the warrants in federal court So that their district court would grant a suppression motion Suppress all the evidence and therefore result possibly result in a dismissal of the federal case. Is that what that was all about? It's it's my understanding from speaking with mr Gilliland as well as from the record that he wanted the federal court to rule on his whether or not his Fourth Amendment rights had been violated in the warrant process and if So if that was well, did he want to try it and affect the outcome of the state court proceedings? I Think that may have been a secondary Motivation, I think that the standard for withdrawing from the police He seemed to in the as I read the transcript of the of the hearing on the motion to withdraw his whole purpose seemed to be to Have a federal court Hopefully rule favorably on a motion to suppress evidence taken from the warrants and then use that to somehow or other influence the state court I Think that may I I understand that was part of the motivation as well But I think under the standard for for rule 11 all that's needed to withdraw from a plea is a fair and just reason Related to the federal case he wanted to have a Federal court here that claim on the Fourth Amendment now Whether it was through a motion to suppress whether it was through as his lawyer falsely told him There's this other way that you can have your motion to suppress heard I Think he provided a reason that that a fair and just reason he wanted those claims heard by a federal court As a practical matter, what's at stake here? Obviously he has a sentence in state prison that is going to be his natural life plus a few if he is If the conviction in federal court stands will he serve part of his time in federal court or will that only happen? I use the word after in quotation marks after he finishes his state sentence It's my understanding that he's in federal custody now I mean when we've corresponded with him it has been to the federal prison But I'm but you may not Know the answer to my question. So I want to ask her and ask it carefully If we sustain his federal conviction as to say if we say he cannot withdraw his plea Will he serve time? Only in state court prison or state prison or will he first serve his federal sentence before he serves his state sentence? If you sustain his conviction, yes It's my understanding that he will serve his federal sentence and then Move on to service and your understanding is based on what? Based on the fact that I think he's in federal custody now. Oh, in other words, you don't really know That's true, okay, I guess I'm sorry. Yeah But whether we affirm his federal sentence or not He will be in some form of custody state or federal for the rest of his life Yes, unless the state court would make a new decision on a rule 32 or on a on a appeal to the Supreme Court of Arizona the Court of Appeal of Arizona affirmed the trial courts Superior courts ruling correct? Yes, and was that was there a petition for hearing filed in the Arizona Supreme Court? I don't know. No Is your office representing him on that direct appeal? No Mr. Kendall, it's his lawyer for that. Was it rule 32? Was this a post conviction challenge filed in the state in the state court? I Don't think it has been yet It's my understanding the appeal And that's that's okay Mr. Kendall was his lawyer in the federal and the state case I'm sorry. Say that one more time. Mr. Kendall his lawyer in the state case. It was his lawyer Up until up until the appeal when our office took over. So the same. Mr. Kendall who told him you can challenge your You can you can bring your warrant challenge on a 2254 Which is wrong. Yes Was representing him in the state court proceeding? That's as far as you know is still representing him in the state court proceeding as far as I know. He still is. Yes Okay I'm not sure whether there is any additional actions being taken right now but you know when the motion was made to withdraw the plea there was I didn't see anything in there that that Suggested to the federal district court that there was a substantial Constitutional issue that needed to be litigated Over the validity of the warrants What I see in the in that proceeding in the in the motion of the hearing on the motion to withdraw is Mr. Kendall saying My client I Told him I was wrong. I told him he would still have a way to challenge these Fourth Amendment claims. That's very important to him I'll agree. Mr. Kendall didn't do a good job of making it particularly clear but I think judge roll understood that basically what the defendant wanted was To be able to have a motion to suppress Because in judge rolls response He's saying hey, you are a federal agent. You know how motions to suppress work So judge I think judge will understood that that's what was at stake that that's what was being asked for Although it was couched in this this more narrow term of being a 2254 and not being able to use that the the real issue from mr. Gilliland is he wants the federal court to hear his Fourth Amendment claims. That's his basic constitutional right and He was denied that opportunity and he that's what he wants restored And I think by itself that's a fair and just reason whatever other motivations There may have been whatever may be going on in his mind about what could happen possibly It's a fair and just reason to say my lawyer told me I was preserving an avenue Okay, you're down to a little over a minute. Why don't we hear from the other side and then you'll have a chance to respond Thank you Pardon me. Oh, we're we're gonna adjust the camera. So hang on just a moment Judge Hall is having a little trouble seeing both I There we go That looks pretty good Okay Okay, I'll set when you're ready May it please the court Michelle Spaven assistant United States Attorney for the District of Arizona The district court did not abuse its discretion when it denied the appellants motion to withdraw his guilty plea The appellant has not shown that Proper legal advice would plausibly motivate a reasonable person in the appellants position not to have pled He has not shown a fair and just reason under rule 11 to withdraw from his let me ask you this the same question I asked your opposing counsel if we Agree with you if we affirm the district judge which then has the consequence of of course affirming the federal conviction and sentence Will he serve any part of his sentence any part of his life in federal court will he serve the federal sentence first? Yes, your honor district court role Sentenced the defendant to ultimately a hundred and thirty-five months which was concurrent to a hundred and thirty months on the two cases that he pled to he pled to Possession with intent to distribute cocaine. I believe he was sentenced to a hundred and thirty months Possession of child pornography was a hundred and thirty months Sentenced to be served concurrently and that federal sentence to be served concurrently with the state court sentence but the appellant is in federal custody in Illinois and Serving his sentence and his 135 month sentence initially in federal custody And then would be returned to the custody of the state of Arizona to serve the remainder of his 5,000 975 years that would be served Pursuant to the state court sentence and I don't think there's much in the record as to whether or not the conditions of federal custody Are better or worse than the conditions of Arizona custody? I mean I can guess at it But I see nothing in the record that tells me this your honor The only indication in the record that I might see Would be in the transcript regarding the sentencing where the defendant was sentenced in the federal court There were some issues that mr. Gilliland or mr. Kendall had raised on behalf of mr Gilliland that there had been numerous death threats and that he'd been in quote-unquote the hole And had been in solitary confinement due to some security issues regarding his custody in the state court case, but I Would be candid with the court. I'm unaware of any issues In that regard while he's serving his federal sentence in federal custody I see but it's possible that in fact it would make a material difference to him where he is serving his time there for the further for these hundred and thirty five months I Suppose in theory it would your honor. That wasn't something that was necessarily raised by the appellate I'm just trying to figure out what's at stake practically here because obviously this man will be in custody for the rest of his life And I would agree with defense counsel barring any substantive Change from the Arizona State Courts a position and I would if if your honors would indulge me Although it's not indicated in the record. I I do Know the status of the appellate Proceedings in the Arizona State well, I'm sure it's something that we could take judicial notice of so why don't you tell us the Mr. Kendall who was representing the appellant not only on the federal district court case, but also the state case He is continuing to represent the appellant in the Arizona State Court And he filed a petition for review to the Arizona Supreme Court first in April 27th of 2009 that was stricken for some Material errors, I guess procedurally and then he refiled that he was given 30 days to refile that and it was filed on May 28th Of 2009 that's a direct appeal. Yes to the Arizona Supreme Court from the appeal from the Arizona Court of Appeals opinion, which is I think in the Supplemental excerpt of record. I think it starts page 149. Okay Well, let me let me put the argument to you that I hear from the other side It may make a material difference to him whether or not his federal conviction is set aside But let's take as a as a given the assumption for the moment that it does make a difference to him where he is incarcerated And it's possible I guess that his Arizona State convictions will eventually be Overturned So let's just take that as a premise for the question Take it further as a promise for the question that he is an ordinary litigant Unlearned in the ways of the law his lawyer tells him listen, you're trying to get at these warrants and the legality of the searches or the Searches and the way you're gonna do it is we're gonna do it on a 2254 that turns out to be totally wrong But he pled based upon that advice He learns that that advice is wrong And he now knows the only way he's going to challenge them in the federal court is to make a challenge directly in federal court Why is it Why is it fair to him to stick him with the plea that he entered into based upon? Flatly erroneous legal advice that makes a material difference to him you're I would disagree that it makes a material difference to him in the federal case because because the Because if the appellant were to have there would not be a reasonable person who would withdraw from his plea in the federal case based on the the totality of the effect that would have on the proceedings in the federal case if Defendant were to go back to district court and open himself back up to proceedings in the federal case he would lose a substantial benefit from the plea agreement and He's essentially trying to attack the state court case through the Federal Avenue and What basis do you have to say that the reason I'm responding in this way is a very common form of plea is to take? a plea but to save out for example a Fourth Amendment question and How do you know that the plea would be less favorable if he pled subject to? Reserving on appeal his Fourth Amendment claim Your honor I apologize, I'm not sure I understand the question I know in this well What you're saying to me is he got a really good deal on his plea and if we and if he backs out of the plea He's not gonna get such a good deal Or would not have gotten such a good deal How do I know that given that a fairly common form of plea and which pretty good deals are offered is I plead guilty? Subject only to one condition and that is I get to appeal my Fourth Amendment claim That's what he wants to do is appeal his Fourth Amendment claim I believe that there's a portion in the plea agreement. I would note for the court. I believe that it's on Supplemental excerpt record page 46 for the defendant Specifically waives pre-trial motions to suppress as part of the plea agreement I understand that but you're telling me it doesn't make any difference to him because or rather you say What you're saying is they listen if he backs out of this plea and he starts at it again If he wants to take a plea from here forward He's gonna get a worse deal and if he goes to trial, he's gonna get a worse deal How do I know he's gonna get a worse deal if he pleads out but simply saves his Fourth Amendment claim for appeal? You are I suppose that we wouldn't although Ultimately the relief that the defendant has always claimed that he has sought is review Strictly for its effect on the state court case and the Arizona Court of Appeals has already said that no matter what whether or not the federal warrants were valid or not The Arizona Court of Appeals held that the good faith reliance that this Santa Cruz County officers had for their warrant which was the only warrant that affected their case weren't four of the stream of four warrants that Their good faith reliance on the federal warrants would still stand for the state case irrespective of what yeah I have to say I agree with you Or I'm inclined to agree with you that if the only thing he's saying is listen I want to challenge it here Because I think it'll have some effect on my state court case that strikes me as insufficient ground which to withdraw the plea I mean, oh, I'm with you on that point But what I'm more concerned about is well, is there anything in the record that suggests that he was trying to? Back out of the plea because he wished to challenge the on the Fourth Amendment grounds solely with respect to what might happen to him in federal court Not not based on my reading of the record your honor that it appears that the focus on the motion to withdraw and the transcript for the Hearing for the motion to withdraw focuses strictly about the federal cases effect on the state court case I believe that supplement of excerpt of record state 86 defense counsel even says we were concerned about what? Was the federal cases bearing on a state case? There's no indication that means when you stand up you can point me to something in front of the district judge that says what I'm Concerned about is not only the effect on the state court proceeding But also the effect on this proceeding in your honor the government's position is that those? the warrants effect on the actual federal case the charges that he pled to possession with intent to distribute cocaine which Those warrants had no fact and no bearing on the possession with intent to distribute case that was the result of Testimony that would have come from an informant and a search of the defendant's vehicle by Tucson Police Department when they pulled him over there Was no warrant issue even regarding the drug case other than the fact that it Provided some probable cause to go into it now and do we have any findings or statement by the district judge to say that he? agrees with you on that point I Don't believe so your honor because I don't think that that issue was squarely before the district court the district court was only Concerned with what the appellant said at the district court level which was that he wanted to challenge The sufficiency of those warrants for the state case through a 2254 which he can't do so so as far as what we've got here In front of us the district judge hasn't told us what he might think about the actual fourth amendment challenges Were they in front of him in federal court? Your honor I see that. I'm out of time a I'm just answer your question of course Yes your honor that question was not before the district court Because that was not a basis of the motion to thwa draw however the government's position would be that those issues were waived Clearly as part of the plea agreement Okay, the plea agreement from which you're seeking to withdraw. Yes, your honor. Okay. Thank you Okay So where during anything in front of the district court does he say not only am I concerned about what might happen in state court And with my state convictions, but I'm also concerned independently with what might happen to me here in federal court I'm looking at at page 9 Of the hearing to withdraw and where is that in the front of what I terms of what I've gotten That page 19 of the ER This is where the courts discussing having had mr. Kendall talk He says you know judge We'll is saying it's an indirect way to attack the search warrants if the defendant had a question about the warrants the way it's Suppressed you don't plead guilty He's baffled as to why there's a necessary showing right? I believe that that's what the district court says. What's mr. Kendall say? Does he say anything about he's interested in what happens here in the federal court as an independent matter I'm not sure. I'm not sure that that he does directly Does he say anything indirectly is there a sort of an oblique hint, I mean is there anything at all I Believe he makes it clear. It's hard. It's hard to read so quickly I Believe he makes it clear To judge role that the reason the defendant wants to withdraw is because he understood he had a right to challenge His Fourth Amendment claims and that by itself. I think is enough Okay Okay, thanks, thank you very much. Thank both sides for your arguments in this case the United States versus Gilliland now submitted for decision
judges: Hall, Fletcher W. , Paez